UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

     -v.-

RADHAMES CONCEPCION-SANTOS,
    a/k/a "Radhames Concepcion,"
    a/k/a "Tomas J. Torres,"
    a/k/a "Thomas J. Torres,"

            Defendant.

       :   SEALED
          INDICTMENT

       :
          10 Cr.

       :

**10 CRIM 1020**

- - - - - - - - - - - - - - - - - - - - -x

COUNT ONE

    The Grand Jury charges:

    From at least on or about December 17, 2005, in the Southern District of New York and elsewhere, RADHAMES CONCEPCION-SANTOS, a/k/a "Radhames Concepcion," a/k/a "Tomas J. Torres," a/k/a "Thomas J. Torres," the defendant, being an alien, after having been removed from the United States on or about February 10, 1999, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 31, 1994, in United States District Court for the

Middle District of Pennsylvania, for wire fraud, in violation of

Title 18, United States Code, Section 1343.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

FOREPERSON

10·27·10

PREET BHARARA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

RADHAMES CONCEPCION-SANTOS,
a/k/a "Radhames Concepcion,"
a/k/a "Tomas J. Torres,"
a/k/a "Thomas J. Torres,"

Defendant.

---

**INDICTMENT**

10 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

---

PREET BHARARA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson

---

*Oct 27, 2010 ₤₰*
*Indictment filed.*
*No Ordered*
*Ordered filed under Sea*
*Freeman, USM*